JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 19, 2010

Check No. 2016921

Check Amount: $20,598.81

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-44057-R | 00012 | DEBORA CAROL PIERSON | 7 | 7232 | 560.48 | 0.00 | 560.48 |
| | | Original check written to: GREAT ESCAPES 1125 US HIGHWAY 98 SOUTH SUITE 200 LAKELAND, FL 33801 | | | | | |
| 05-44204-R | 00041 | BRANDON ROBERT & JAMIE MICHELLE WHITE | 5 | 7086 | 18.24 | 0.00 | 18.24 |
| | | Original check written to: CHASE BANK, USA, NA P. O. BOX 100018 KENNESAW, GA 30156-9204 | | | | | |
| 05-44332-R | 00022 | MARY H. MARTIN | 1 | XXXXX2850 | 21.54 | 0.00 | 21.54 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 05-44514-R | 00052 | GLENN E. & CONNIE L. WEBSTER | 20 | 6135 | 7.44 | 0.00 | 7.44 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 05-44605-R | 00006 | LAURA F. POLLARD | 5 | XXXXX9307 | 1.78 | 0.00 | 1.78 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44819-R | 00024 | BRIAN KEITH & KRISTIN SHANTEL REZNICEK | 1 | 1602 | 1,931.92 | 0.00 | 1,931.92 |
| | | Original check written to: NATIONSTAR MORTGAGE LLC 350 HIGHLAND DRIVE LEWISVILLE, TX 75067 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 19, 2010

Check No. 2016921

Check Amount: $20,598.81

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-44819-R | 10016 | BRIAN KEITH & KRISTIN SHANTEL REZNICEK | 9 | 8515 | 69.74 | 0.00 | 69.74 |
| | | Original check written to: HIBERNIA NATIONAL BANK P. O. BOX 2093 DENHAM SPRINGS, LA 70727-2093 | | | | | |
| 05-44890-R | 00015 | CORY & BRANDI THOMAS | 2 | XXXXX3997 | 12.30 | 0.00 | 12.30 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 05-44935-R | 00007 | CLAUD E. & DELORES R. HALL | 5 | XXXXX7010 | 11.94 | 0.00 | 11.94 |
| | | Original check written to: CHEVRON USA P. O. BOX 5010 ROOM 1242, SECTION 156 CONCORD, CA 94524-0010 | | | | | |
| 05-45539-R | 10001 | WESTLEY ALLEN & JENNIFER RYLI WATKINS | 1 | XXXXX5461 | 269.00 | 0.00 | 269.00 |
| | | Original check written to: HSBC AUTO FINANCE P. O. BOX 60130 CITY OF INDUSTRY, CA 91716-0130 | | | | | |
| 05-45663-R | 00039 | MARIO R. & BLANCA M. VILLANUEVA | 12 | XXXXX7206 | 2.46 | 0.00 | 2.46 |
| | | Original check written to: T-MOBILE USA, INC P. O. BOX 53410 BELLEVUE, WA 98015 | | | | | |
| 05-46201-R | 10063 | DAVID M. & VALLEY L. HART | 3 | 0170 | 20.32 | 0.00 | 20.32 |
| | | Original check written to: FORD MOTOR CREDIT COMPANY P. O. BOX 55000 DRAWER 55-953 DETROIT, MI 48255-0953 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 19, 2010

Check No. 2016921

Check Amount: $20,598.81

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-46332-R | 00008 | JASON & MIRANDA CAUDILL | 11 | XXXXX4486 | 164.44 | 17.21 | 181.65 |
| | | Original check written to: HOUSEHOLD RECOVERY SERVICES 841 SEAHAWK CIRCLE VIRGINIA BEACH, VA 23452 | | | | | |
| 05-46332-R | 00030 | JASON & MIRANDA CAUDILL | 3 | XXXXX9689 | 0.56 | 0.00 | 0.56 |
| | | Original check written to: MEDICAL CENTER OF SE OKLAHOMA C/O NCO FINANCIAL SERVICES 140 SPRINT DRIVE BLOUNTVILLE, TN 37617 | | | | | |
| 05-46332-R | 10008 | JASON & MIRANDA CAUDILL | 11 | XXXXX4486 | 30.51 | 0.00 | 30.51 |
| | | Original check written to: HOUSEHOLD RECOVERY SERVICES 841 SEAHAWK CIRCLE VIRGINIA BEACH, VA 23452 | | | | | |
| 05-46552-R | 10015 | BRADLEY A. & LISA J. HUNT | 8 | XXXXX0135 | 122.58 | 0.00 | 122.58 |
| | | Original check written to: CITIFINANCIAL AUTO ATTN PAYMENT PROCESSING P. O. BOX 9578 COPPELL, TX 75019-9513 | | | | | |
| 05-47263-R | 00002 | JOHN R. & ALISHA M. GRUBBS | 4 | XXXXX3227 | 17.14 | 0.00 | 17.14 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-47363-R | 00013 | CHARLES ARTHUR & CONNIE LYNN LANE | 7 | 2897 | 70.58 | 0.00 | 70.58 |
| | | Original check written to: BANK OF AMERICA P. O. BOX 2278 NORFOLK, VA 23501-2278 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 19, 2010

Check No. 2016921

Check Amount: $20,598.81

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-47363-R | 00027 | CHARLES ARTHUR & CONNIE LYNN LANE | 3 | 0680 | 34.99 | 4.05 | 39.04 |
| | | Original check written to: <br> WELLS FARGO FINANCIAL <br> CENTRAL PROCESSING <br> P. O. BOX 7510 <br> DES MOINES, IA 50322 | | | | | |
| 05-47363-R | 10027 | CHARLES ARTHUR & CONNIE LYNN LANE | 3 | 0680 | 0.82 | 0.00 | 0.82 |
| | | Original check written to: <br> WELLS FARGO FINANCIAL <br> CENTRAL PROCESSING <br> P. O. BOX 7510 <br> DES MOINES, IA 50322 | | | | | |
| 05-47831-R | 00057 | DARYL D. ROGERS & LOVIE TASKER-ROGERS | 24 | XXXXX6070 | 66.19 | 13.20 | 79.39 |
| | | Original check written to: <br> LEWISVILLE ISD <br> C/O ROBERT E. LUNA <br> 4411 NORTH CENTRAL EXPRESSWAY <br> DALLAS, TX 75205 | | | | | |
| 05-47831-R | 00058 | DARYL D. ROGERS & LOVIE TASKER-ROGERS | 25 | XXXXX6070 | 12.22 | 1.32 | 13.54 |
| | | Original check written to: <br> CITY OF LEWISVILLE <br> C/O SAWKO & BURROUGHS, LLP <br> 1100 DALLAS DRIVE, SUITE 100 <br> DENTON, TX 76205 | | | | | |
| 05-47870-R | 00028 | STEVEN RICHARD & DIANE S. LITHERLAND | 5 | XXXXX6688 | 7.51 | 0.00 | 7.51 |
| | | Original check written to: <br> WOODRUFF, LLC <br> 5400 NW 23RD STREET <br> SUITE 201 <br> OKLAHOMA CITY, OK 73127 | | | | | |
| 05-47870-R | 00035 | STEVEN RICHARD & DIANE S. LITHERLAND | 9 | 6674 | 4.02 | 0.00 | 4.02 |
| | | Original check written to: <br> CHEVRON CREDIT BANK, N.A. <br> 2001 DIAMOND BLVD. <br> P. O. BOX 5010, SECT. 230 <br> CONCORD, CA 94524-0010 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 19, 2010

Check No. 2016921

Check Amount: $20,598.81

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-48322-R | 00020 | GEORGIANA R. HURLBERT | 4 | XXXXX5009 | 107.31 | 8.49 | 115.80 |
| | | Original check written to: COUNTRYWIDE HOME LOANS P. O. BOX 10219 VAN NUYS, CA 91410 | | | | | |
| 05-49088-R | 00011 | JIMMY R. & KATHRYN L. DOERR | 7 | XXXXX0503 | 96.47 | 0.00 | 96.47 |
| | | Original check written to: BRIGHT TRUCK LEASING 3115 DENTON DR. GARLAND, TX 75041 | | | | | |
| 06-40037-R | 10001 | RICHARD SHAWN & RENEE LYNN FALLON | 3 | XXXXX4772 | 68.06 | 0.00 | 68.06 |
| | | Original check written to: HARLEY DAVIDSON CREDIT 8529 INNOVATION WAY CHICAGO, IL 60682 | | | | | |
| 06-40115-R | 00028 | MICHAEL PAUL & ELIZABETH TAYLOR DURANCZYK | 11 | XXXXX1850 | 17.27 | 0.00 | 17.27 |
| | | Original check written to: T-MOBILE USA, INC P. O. BOX 53410 BELLEVUE, WA 98015 | | | | | |
| 06-40219-R | 00052 | HUGH P. & DEBRA A. VEALE | 14 | XXXXX4662 | 26.45 | 0.00 | 26.45 |
| | | Original check written to: OSI COLLECTION SERVICES INC P. O. BOX 947 BROOKFIELD, WI 53008-0947 | | | | | |
| 06-41148-R | 00036 | JAMES E. MITCHELL, SR. & JUDY A. MITCHELL | 4 | 4579 | 0.00 | 1.04 | 1.04 |
| | | Original check written to: CITIFINANCIAL MORTGAGE COMPANY P. O. BOX 140609 IRVING, TX 75014 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 19, 2010

Check No. 2016921

Check Amount: $20,598.81

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41390-R | 00013 | GREG & CHARITY GOREE | 3 | 1901 | 1,282.73 | 255.78 | 1,538.51 |
| | | Original check written to: <br> CROSS OAK RANCH HOA <br> C/O CAPITAL CONSULTANTS MGMT <br> 1515 HERITAGE DRIVE <br> MCKINNEY, TX 75070 | | | | | |
| 06-42304-R | 00039 | KATHLEEN LYNN O'CONNOR | 3 | XXXXX6040 | 189.21 | 24.57 | 213.78 |
| | | Original check written to: <br> LEWISVILLE ISD <br> C/O ROBERT E. LUNA <br> 4411 NORTH CENTRAL EXPRESSWAY <br> DALLAS, TX 75205 | | | | | |
| 06-50050-R | 00017 | TONY LANE WILLIS | 7 | XXXXX5178 | 149.59 | 0.00 | 149.59 |
| | | Original check written to: <br> GENERAL MOTORS ACCEPTANCE <br> CORPORATION <br> P. O. BOX 901009 <br> FORT WORTH, TX 76101 | | | | | |
| 06-50067-R | 00025 | BARBARA JEAN JACKSON | 1 | XXXXX1195 | 2.28 | 0.00 | 2.28 |
| | | Original check written to: <br> NORTH EAST TEXAS CREDIT UNION <br> P. O. BOX 1480 <br> LONE STAR, TX 75668 | | | | | |
| 06-50067-R | 00034 | BARBARA JEAN JACKSON | 2 | XXXXX1195 | 432.37 | 0.00 | 432.37 |
| | | Original check written to: <br> NORTH EAST TEXAS CREDIT UNION <br> P. O. BOX 1480 <br> LONE STAR, TX 75668 | | | | | |
| 07-40083-R | 00036 | MARK ANTHONY & CYNTHIA ANNE PERRY | 3 | XXXXX9729 | 157.16 | 0.00 | 157.16 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEBT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 19, 2010

Check No. 2016921

Check Amount: $20,598.81

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-40177-R | 00033 | DONNA SPRING HOUSTON | 7 | XXXXX8395 | 0.07 | 0.00 | 0.07 |
| | | Original check written to: <br> TEXANS CREDIT UNION <br> BLALACK & WILLIAMS PC <br> 5550 LBJ FREEWAY SUITE 400 <br> DALLAS, TX 75240 | | | | | |
| 07-41108-R | 00004 | MICHAEL H. & LORETTA WALKER | 1 | XXXXX3396 | 14.58 | 0.00 | 14.58 |
| | | Original check written to: <br> CHEVRON CREDIT BANK, N.A. <br> 2001 DIAMOND BLVD. <br> P. O. BOX 5010, SECT. 230 <br> CONCORD, CA 94524-0010 | | | | | |
| 09-40605-R | 00005 | WILLIAM S. & DOROTHY A. WILSON | 4 | XXXXX9941 <br> XXXXX2533 | 0.00 | 1.01 | 1.01 |
| | | Original check written to: <br> RETAX FUNDING LP <br> 325 N SAINT PAUL ST SUITE 4150 <br> DALLAS, TX 75201-3861 | | | | | |
| 09-40605-R | 00006 | WILLIAM S. & DOROTHY A. WILSON | 5 | XXXXX9941 <br> XXXXX2533 | 0.00 | 0.88 | 0.88 |
| | | Original check written to: <br> RETAX FUNDING LP <br> 325 N SAINT PAUL ST SUITE 4150 <br> DALLAS, TX 75201-3861 | | | | | |
| 09-40605-R | 00011 | WILLIAM S. & DOROTHY A. WILSON | 6 | 5692 | 0.00 | 2.12 | 2.12 |
| | | Original check written to: <br> GMAC MORTGAGE <br> 3451 HAMMOND AVENUE <br> WATERLOO, IA 50702-5300 | | | | | |
| 09-40605-R | 00038 | WILLIAM S. & DOROTHY A. WILSON | | XXXXX9941 <br> XXXXX2533 | 0.54 | 0.00 | 0.54 |
| | | Original check written to: <br> GMAC MORTGAGE <br> 3451 HAMMOND AVENUE <br> WATERLOO, IA 50702-5300 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 19, 2010

Check No. 2016921

Check Amount: $20,598.81

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-43272-R | 00009 | CLAUDIA K. MCSTAY | 4 | 5641 | 518.80 | 0.00 | 518.80 |
| | | Original check written to: SPIRIT OF AMERICAN NATIONAL BANK/CATHERINES FIRST EXPRESS P. O. BOX 856044 LOUISVILLE, KY 40285-6044 | | | | | |
| 09-43594-R | 00001 | JARED S. MAUCK | 1 | XXXXX7916 | 0.00 | 145.22 | 145.22 |
| | | Original check written to: CITIFINANCIAL AUTO, LTD. P. O. BOX 182287 COLUMBUS, OH 43218-2287 | | | | | |
| | | | **TOTALS** | | **$6,521.61** | **$474.89** | **$6,996.50** |